# United States Court of Appeals
## For the First Circuit

───────────────────

Nos. 19-1586, 19-1640

PROJECT VERITAS ACTION FUND,

Plaintiff, Appellee / Cross-Appellant,

v.

RACHAEL S. ROLLINS, in her official capacity as
District Attorney for Suffolk County,

Defendant, Appellant / Cross-Appellee.

───────────────────

No. 19-1629

K. ERIC MARTIN & RENÉ PÉREZ,

Plaintiffs, Appellees,

v.

RACHAEL S. ROLLINS, in her official capacity as
District Attorney for Suffolk County,

Defendant, Appellant,

WILLIAM G. GROSS, in his official capacity as
Police Commissioner for the City of Boston,

Defendant.

───────────────────

**JUDGMENT**
Entered: December 15, 2020

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's judgment in the Martin Plaintiffs' case is affirmed. Its judgment in Project Veritas's case is affirmed in part, vacated in part, and remanded in part. The parties shall bear their own costs.

Appellant/cross-appellee Suffolk County District Attorney Rachael Rollins's motion to strike portions of plaintiff-appellee/cross-appellant Project Veritas Action Fund's reply brief is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Patti B. Saris, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Daniel J. Kelly, Stephen Ralph Klein, Benjamin T. Barr, Randall E. Ravitz, Eric A. Haskell, Matthew P. Landry, Sophia Sabrina Cope, Ryan Edmund Ferch, Matthew Michael McGarry, Peter Martin Geraghty, Matthew R Segal, Jessie J. Rossman, William D. Dalsen, Oren Nimni, Bruce D. Brown, Robert A. Bertsche, Elizabeth Carolyn Koch, Nicolas Y. Riley